Opinion by DOWDELL, J.

---

## Lowery v. The State.

APPEAL from Pike Criminal Court.
Tried before the Hon. E. B. WILKERSON.

RICHARDSON & FOLMAR, and M. N. CARLISLE, for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for living in adultery with Lake Lawson, a woman.
The judgment of conviction is affirmed.

Opinion by MCCLELLAN, C. J.